Sandra Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4484

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALICE CLARK, <br><br> Plaintiff <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 2:14-cv-01354-JAM-DAD <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of voluntary dismissal filed by the parties on April 16, 2015,

1 **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to all claims, with each party to bear her/its own attorney's fees and costs.

Date: 4/16/2015            /s/ John A. Mendez
                           JOHN A. MENDEZ
                           UNITED STATES DISTRICT JUDGE